## CHARTER OAK FEDERAL CREDIT UNION
### v. SHERI A. SPEER
### (AC 35855)

DiPentima, C. J., and Keller and West, Js.

Argued March 4—officially released March 25, 2014

Defendant's appeal from the Superior Court in the judicial district of New London, *Cosgrove, J.*

Per Curiam. The judgment is affirmed and the case is remanded for the purpose of setting new law days.

## JAMES WOMACK v. COMMISSIONER
### OF CORRECTION
### (AC 34874)

Bear, Sheldon and Schaller, Js.

Argued March 3—officially released March 25, 2014

Petitioner's appeal from the Superior Court in the judicial district of Tolland, *Cobb, J.*

Per Curiam. The appeal is dismissed.

## LUIS OCASIO v. COMMISSIONER OF CORRECTION
### (AC 34452)

DiPentima, C. J., and Lavine and Alvord, Js.

Argued March 5—officially released March 25, 2014

Petitioner's appeal from the Superior Court in the judicial district of Tolland, *Newson, J.*

Per Curiam. The appeal is dismissed.